**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 22-cv-00192-RM-NYW

KAVKAZ EXPRESS, LLC,

      Plaintiff,

v.

ENDURANCE WORLDWIDE INSURANCE LIMITED,

      Defendant.

---

## ORDER

---

Before the Court is the Recommendation by United States Magistrate Judge Nina Y. Wang (ECF No. 22) to discharge the Order to Show Cause issued on January 26, 2022 (ECF No. 10) and to deny Plaintiff's Motion to Remand (ECF No. 13). For the reasons below, the Court accepts and adopts the Recommendation, and it is incorporated into this Order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served a copy of the Recommendation. (*See* ECF No. 22 at 20 n.5.) The deadline for responding to the Recommendation has come and gone without a response from either party. "In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991).

As outlined in the Recommendation, Defendant timely filed its Notice of Removal within the one-year deadline applicable under the circumstances.  *See* 28 U.S.C. § 1446(c)(1).  The Court discerns no clear error on the face of the record and finds that the magistrate judge's analysis is thorough and sound with respect to why the Motion to Remand should be denied. *See Gallegos v. Smith*, 401 F. Supp. 3d 1352, 1356-57 (D.N.M. 2019) (applying deferential review of the magistrate judge's work in the absence of any objection).

Accordingly, the Court ACCEPTS the Recommendation (ECF No. 22) and DENIES the Motion to Remand (ECF No. 13).  The Order to Show Cause (ECF No. 10) is DISCHARGED.

DATED this 12th day of April, 2022.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge